UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 25, 2005

No. 04-7890
CR-95-105-V
CA-01-379

FILED
CHARLOTTE, N. C.

MAY 31 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RYAN O'NEIL LITTLE

    Defendant - Appellant

---

On Petition for Rehearing and Rehearing En Banc

---

    The appellant's petition for rehearing and rehearing en banc was submitted to this Court. As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

    As the panel considered the petition for rehearing and is of the opinion that it should be denied,

    IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

    Entered for a panel composed of Judge Williams, Judge Gregory, and Judge Shedd.

    For the Court,

    /s/ Patricia S. Connor
    _____
    CLERK