UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00105-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RYAN ONEIL LITTLE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's request for a copy of the docket sheet in his case. For cause, defendant shows that he has lost his legal paperwork, apparently during a prison transfer. A letter from the prison facility appears to support the fact of a transfer and that defendant's mail has been delayed. As a courtesy, the court will direct the Clerk of this court to mail a copy of the docket sheet in this action to defendant at no charge along with this Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants request for a copy of the docket sheet in this matter (#140) is GRANTED, and the Clerk of this court is instructed to send such copy along with a copy of this order to defendant at no charge.

Signed: 1/30/2014

Max O. Cogburn Jr.
United States District Judge