UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:95-cr-00105-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| RYAN ONEIL LITTLE, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 157). The Court ordered the Government to respond in a previous order but has not received a response. (Doc. No. 158).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within **10 days** the Government shall file a response to Defendant's motion.

Signed: March 30, 2021

Max O. Cogburn Jr.
United States District Judge