IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:95-CR-105

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| RYAN O'NEIL LITTLE, ) | |
| Defendant. ) | |

**ORDER TO AUTHORIZE PAYMENT
FROM INMATE TRUST ACCOUNT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Motion of United States of America to Authorize Payment from Inmate Trust Account (Doc. No. 169) is **GRANTED**.

It is, therefore, **ORDERED**, that:

1. The Bureau of Prisons is authorized to turn over funds in the amount of $3,341.99 to the Office of the United States District Court, Clerk of Court for the Western District of North Carolina located at 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court shall accept said funds currently held in the trust account for the inmate listed below:

    Ryan O'Neil Little
    Register Number: 12027-058

2. The Clerk shall apply the funds in the amount of $3,341.99 as payment for the criminal monetary penalties owed by the Defendant in this case.

Signed: December 1, 2021

Max O. Cogburn Jr.
United States District Judge